### Joseph Earl BOMAN v. STATE.
### No. 24811.

Court of Criminal Appeals of Texas.
April 26, 1950.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was convicted of attempting to commit burglary, second offense, and his punishment assessed at four years' imprisonment in the penitentiary. He excepted to the judgment and gave notice of appeal to this court.

He now files his personal request that his said appeal be dismissed, and in compliance therewith, his appeal is dismissed.